IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NICOLE HIGBEE and**
**VICTORIA CERVANTES,**

      **Plaintiffs,**

v.                               **Cause No. 1:17-cv-00831-RB-JHR**

**JAEAB RESTAURANT HOLDINGS, LLC,**

      **Defendant.**

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Defendant JAEAB RESTAURANT HOLDINGS, LLC ("Defendant") gives notice of the appearance of Danny W. Jarrett and Andrea Robeda of the law firm Jackson Lewis, P.C., as attorneys of record for this matter in place and instead of Victor P. Montoya. Counsel further requests removal of Mr. Montoya from CM/ECF distribution in this matter. Defendant requests that copies of all future communications, including pleadings and correspondence be sent to:

Danny W. Jarrett
Andrea Robeda
Jackson Lewis P.C.
4300 San Mateo Blvd. NE, Suite B-260
Albuquerque, NM  87110
jarrettd@jacksonlewis.com
Andrea.Robeda@jacksonlewis.com

RESPECTFULLY SUBMITTED this February 13, 2018.

           JACKSON LEWIS P.C.

           By: /s/ Danny W. Jarrett
               Danny W. Jarrett
               Andrea Robeda
               Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    James M. Loren
    *jloren@lorenlaw.com*
    George Z. Goldberg
    *ggoldberg@goldbergdohan.com*
    GOLDBERG & LOREN, PA
    4801 Lang NE, Suite 110
    Albuquerque, NM  87109
    (505) 369-3699
    Fax: (505) 888-272-8822
    **Attorneys for Plaintiff**


By:/s/ Amalia Tafoya

4831-8138-1212, v. 1