IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICOLE HIGBEE and
VICTORIA CERVANTES,

      Plaintiffs,

v.                                        Cause No. 1:17-cv-831-RB/JHR

JAEAB RESTAURANT HOLDINGS, LLC,

      Defendant.

## NOTICE OF SETTLEMENT

Defendant JAEAB Restaurant Holdings, LLC files this Notice of Settlement and respectfully shows the Court as follows:

1. The parties have reached an agreement to resolve the above referenced matter.

2. The parties have finalized the settlement agreement and are in the process of finalizing payment.

3. The parties anticipate that they will file a Stipulation of Dismissal or Joint Motion to Dismiss within 20 days of today's date.

WHEREFORE, Defendant notifies the Court of the resolution of this case.

                                                            **JACKSON LEWIS P.C.**

                                                            By: */s/ Andrea K. Robeda*
                                                            Danny W. Jarrett
                                                           Andrea K. Robeda
                                                           800 Lomas Blvd NW, Suite 200
                                                          Albuquerque, NM 87102
                                                          (505) 878-0515
                                                          jarrettd@jacksonlewis.com
                                                          andrea.robeda@jacksonlewis.com
                                                          **Attorneys for Defendants**

# CERTIFICATE OF SERVICE

We hereby certify that we electronically filed and served on the following counsel the foregoing pleading through the CM/ECF system on the 26th day of June 2018:

>GOLDBERG & LOREN, PA
>Rachael Rustmann, Esq.
>rrustman@goldbergloren.com
>1776 N. Pine Island Road, Suite 224
>Plantation, Florida 33322
>**Attorneys for Plaintiff**

JACKSON LEWIS P.C.


By: /s/ *Andrea K. Robeda*
    Andrea K. Robeda