# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**NICOLE HIGBEE and**
**VICTORIA CERVANTES,**

      **Plaintiffs,**

v.                                                           Cause No. 1:17-cv-831-RB/JHR

**JAEAB RESTAURANT HOLDINGS, LLC,**

      **Defendant.**

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Victoria Cervantes *only* and Defendant JAEAB Restaurant Holdings, LLC and/or their respective counsel(s) that the Plaintiff Victoria Cervantes' claims are hereby dismissed against Defendant without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,                                 JACKSON LEWIS P.C.

James M. Loren, Esquire
Goldberg & Loren, P.A.
1776 N. Pine Island Rd Suite 224
Plantation, FL 33322
Phone: (954) 585-4878
Facsimile (954) 585-4886
E-Mail: JLoren@goldbergloren.com

/s/ James M. Loren
James M. Loren, Esquire

By: */s/Andrea K. Robeda*
    Andrea K. Robeda
800 Lomas Blvd NW, Ste. 200
Albuquerque, NM 87102
(505) 878-0515
(505) 878-0398
andrea.robeda@jacksonlewis.com
Attorneys for Defendant